UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Donald Kinsman,<br><br>    Plaintiff<br><br>v.<br><br>Naphcare, Inc., et al.,<br><br>    Defendants | 2:17-cv-0152-JAD-NJK<br><br>**Order Granting Unopposed Motion to Dismiss Claims against Clark County Detention Center**<br><br>[ECF No. 8] |

    Plaintiff Donald Kinsman sues various entities for actions that he alleges occurred during his detention at the Clark County Detention Center (CCDC). The CCDC moves to dismiss all claims against it, primarily because the CCDC is a building, not an entity capable of being sued.[1] Plaintiff has not opposed the motion, and the deadline for response passed without any request for an extension. Local Rule 7-2(d) states that the "failure of an opposing party to file points and authorities in response to" a motion to dismiss "constitutes a consent to the granting of the motion."[2] I invoke LR 7-2(d) and deem the plaintiff's failure to oppose this motion to dismiss as consent to granting the motion; accordingly,

    IT IS HEREBY ORDERED that the Clark County Detention Center's Motion to Dismiss **[ECF No. 8] is GRANTED**; all claims against the Clark County Detention Center are DISMISSED;

    IT IS FURTHER ORDERED that **the hearing** on this motion, scheduled for 3/20/17 at 3:00 p.m., **is VACATED**.

    DATED: February 22, 2017

                                                  _____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 8. Any opposition was due by 2/13/17.

[2] Nev. L.R. 7-2(d).