1

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3     Donald Kinsman,                                    2:17-cv-0152-JAD-NJK

4              Plaintiff

5     v.                                          **Order Granting Unopposed
                                                 Motion to Dismiss Claims against
6     Naphcare, Inc., et al.,                              Naphcare**

                                                         [ECF No. 15]
7              Defendants

8

9          Plaintiff Donald Kinsman, who is represented by counsel, sues various entities for the

10    medical care he was denied during his detention at the Clark County Detention Center.

11    Naphcare, Inc., the entity that provides medical services for the jail, moves to dismiss all claims

12    against it, primarily because Kinsman appears to have pled medical-malpractice claims without

13    providing the medical-expert affidavit required by NRS 41A.071, and because it also appears that

14    he is pleading a deliberate-indifference-to-serious-medical-needs claim under § 1983 without

15    pleading facts to support it.[1]  Kinsman's opposition to the motion was due by March 7, 2017.  He

16    has not opposed the motion, and the deadline for response passed without any request for an

17    extension.  Local Rule 7-2(d) states that the "failure of an opposing party to file points and

18    authorities in response to" a motion to dismiss "constitutes a consent to the granting of the

19    motion."[2]  I invoke LR 7-2(d) and deem Kinsman's failure to oppose this motion to dismiss as

20    consent to granting the motion.   Accordingly,

21         IT IS HEREBY ORDERED that Naphcare's Motion to Dismiss **[ECF No. 15] is**

22    **GRANTED**; all claims against Naphcare are DISMISSED;

23         DATED: March 22, 2017

24                                               _____
                                                 Jennifer A. Dorsey
25                                               United States District Judge

26    _____

27    [1] ECF No. 15.

28    [2] Nev. L.R. 7-2(d).  *See also* notice of non-opposition at ECF No. 21.